Tarron C. AKINS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62957.

Missouri Court of Appeals,
Western District.

June 29, 2004.

Susan L. Hogan, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

### Order

PER CURIAM.

Tarron Akins appeals the denial of his Rule 24.035 motion without an evidentiary hearing. In that motion, Akins sought to have his conviction for second-degree trafficking and his ten-year prison sentence set aside. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).